B 3B (Official Form 3B) (12/07) -- Cont

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re: Natosha Briscoe  
         Debtor(s)

Case No. 10-22008

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[X] DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ 74.75 on or before June 3, 2010  
$ 74.25 on or before July 2, 2010  
$ 74.75 on or before August 3, 2010  
$ 74.75 on or before September 3, 2010

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ am/pm at _____.  
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: May 20, 2010

BY THE COURT:

_____  
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                              )
                                                    )
NATOSHA C. BRISCOE,                                 )
                                                    )    Case No. 10 B 22008
         Debtor(s).                                 )

CERTIFICATE OF MAILING

The undersigned hereby certifies that on May 20, 2010, she caused copies of the attached Order to be served to the parties listed via First Class Mail and/or electronically via the Court's electronic notification system:

Natosha C. Briscoe
222 Summer Crossing
Sandy Springs, Georgia 30350

David R. Herzog, Trustee
(via the Court's electronic notification system)

*[signature]*

Tina M. Devine
Courtroom Deputy to Judge Carol A. Doyle